Buchwald, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

RAYMOND GREEN,

                                 Plaintiff,

              -against-

THE CITY OF NEW YORK, et. al.,

                                Defendants.

-------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 2019 (NRB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

MICHAEL L. SPIEGEL
*Attorney for Plaintiff*
111 Broadway, Ste. 1305
New York, NY 10006
(718) 587-8558

By: _____/s/ Michael L. Spiegel_____
     Michael L. Spiegel
     *Attorney for Plaintiff*

Dated: New York, New York
       Dec. 3 , 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
and Betzayda Fraticelli*
100 Church Street, Rm. 3-133b
New York, New York 10007
(212) 442-8248

By: _____/s/_____
     Mark D. Zuckerman
     *Senior Counsel*

SO ORDERED:

_____/s/_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE 12/4/12